**No. 47169.**—Protests 915150–G, etc., of S. K. Adams, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47170.**—Petition 6143–R of W. H. Wickersham & Co. (Los Angeles).

Opinion by KEEFE, J. The petition was formally abandoned and was therefore dismissed.

BEFORE THE FIRST DIVISION, MAY 11, 1942

**No. 47171.**—Protest 980012–G of Bullocks, Inc. (Los Angeles).

Opinion by WALKER, J. At the trial it was stipulated that the merchandise in question is "a preparation used as an application to the skin, such as a cosmetic or grease or toilet preparation, face cream," nonalcoholic, and that it has a therapeutic property. The court was of the opinion that the plaintiff failed to make out a *prima facie* case in support of its claim under paragraph 5, as the provision for medicinal preparations is a designation by use, and the mere fact alone that the article has a therapeutic property does not entitle it to classification as medicinal preparations. *United States* v. *Hillier's* (14 Ct. Cust. Appls. 216, T. D. 41706), *United States* v. *Boker* (6 id. 243, T. D. 35472), *United States* v. *Cooper* (22 C. C. P. A. 31, T. D. 47038), and *Scharf* v. *United States* (25 id. 32, T. D. 49038) cited. The claim under paragraph 34 was found obviously untenable as the article in question is evidently a mixture or preparation whereas paragraph 34 provides for natural and uncompounded drugs. The protest was therefore overruled.